Larry D. Simons CLS-B (CA Bar No. 179239)
larry@lsimonslaw.com
**LAW OFFICES OF LARRY D. SIMONS**
15545 Devonshire Avenue, Suite 110
Mission Hills, California 91345
Telephone: 818.672.1778
Facsimile: 626.389.5607

Attorney for Sam Leslie, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JAIME MEMBRENO, an individual,<br><br>Debtor. | Case No. 2:14-bk-15129 VZ<br><br>Adv. Proc. No.<br><br>Chapter 7 |
| SAM LESLIE, Chapter 7 Trustee<br><br>Plaintiff,<br><br>v.<br><br>ALFONSO FLORES, an individual and MARIA GONZALEZ, an individual<br><br>Defendants, | **COMPLAINT TO AVOID POST PETITION TRANSFER**<br><br>**[11 U.S.C. §§ 549 and 550]**<br><br>DATE: TO BE SET BY SUMMONS<br>TIME: TO BE SET BY SUMMONS<br>PLACE: Courtroom 1368<br>255 East Temple Street<br>Los Angeles, CA 90012 |

**TO THE DEFENDANTS AND THEIR COUNSEL OF RECORD, IF ANY:**

For his Complaint to Avoid Post-Petition Transfer ("Complaint") against the defendants Alfonso Flores and Maria Gonzalez, (collectively, the "Defendants"), plaintiff Sam Leslie, the duly appointed, qualified and acting Chapter 7 Trustee for the estate of the debtor Jaime Membreno ("Debtor"), alleges as follows:

///

///

1

COMPLAINT TO AVOID POST PETITION TRANSFER - CASE NO. 2:14-BK-15129 VZ

## STATEMENT OF JURISDICTION, PARTIES AND PROCEEDINGS

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 157(b)(1) and 1334(a), as this is a core proceeding under 28 U.S.C. § 157(b)(2)(B) and (E). Venue properly lies in this judicial district pursuant to 28 U.S.C. § 1409(a), in that the instant proceeding is related to a case under title 11 of the United States Code which is still pending.

2. Plaintiff Sam Leslie ("Trustee" or "Plaintiff") is the duly appointed, qualified and acting Chapter 7 Trustee of the bankruptcy estate (the "Estate") created in the instant Chapter 7 bankruptcy case pending in the United States Bankruptcy Court, Central District of California, Los Angeles Division which is styled *In re Jaime Membreno*, bearing Case No. 2:14-bk-15129 VZ (the "Bankruptcy Case").

3. Debtor is the Chapter 7 debtor in the Bankruptcy Case, and initiated this case by filing a voluntary Chapter 13 petition on March 18, 2014 (the "Petition Date"). The Bankruptcy Case was converted to Chapter 7 by court order on April 22, 2014 (the "Conversion Date").

4. Plaintiff is informed and believes that Defendants are individuals residing within the jurisdiction of this Court.

## GENERAL FACTUAL ALLEGATIONS

5. The Complaint against the Defendants initiates an adversary proceeding in which Plaintiff is seeking to recover for the benefit of creditors the improved real property commonly known as 5881 Fostoria Street, Bell Gardens, CA 90201, APN 6230-003-014 (the "Property").

6. Plaintiff is informed and believes and, on that basis, alleges, that on or about September 23, 1999 Debtor acquired an interest in the Property.

7. Plaintiff is informed and believes and, on that basis, alleges that the grant deed by which the Debtor acquired the Property was recorded with the Los Angeles County Recorder on November 18, 1999 bearing recorder's instrument number 99-2153308.

8. Plaintiff is informed and believes and, on that basis, alleges thereon that after the Petition Date, Debtor transferred his interest in and to the Property to Defendants pursuant to a grant deed (the "Grant Deed") for no consideration. The Grant Deed states on its face that "This is a

Law Offices of Larry D. Simons
15545 Devonshire Avenue, Suite 110
Mission Hills, California 91345
TEL. 818.672.1778 • FAX 626.389.5607

Bonafide Gift and the Grantor Received Nothing in Retur[n], R & T 11911."

9. Plaintiff is informed and believes and, on that basis, alleges, that the Grant Deed was recorded in the Official Records of the Recorder's Office of Los Angeles, County, California on December 19, 2014 as Instrument No. 20141384991 (the "Transfer").

10. Plaintiff is informed and believes and, on that basis, alleges, that Defendants were not good faith purchasers of the Property without knowledge of commencement of the Bankruptcy Case and were not good faith purchasers of the Property for present fair equivalent value.

11. Plaintiff is informed and believes and, on that basis, alleges, that as of the Petition Date the Property had a fair market value of no less than $560,000.00.

## FIRST CLAIM FOR RELIEF

(Avoidance of Post-Petition Transfer Pursuant to 11 U.S.C. § 549)

12. Plaintiff realleges and incorporates herein by reference the allegations contained in paragraphs 1 through 11, inclusive, of this Complaint as though fully set forth herein.

13. The Transfer of the Property to Defendants after the Petition Date was made directly to or for the benefit of the Defendants.

14. The Transfer of the Property to Defendants was made after the Petition Date and was not authorized under title 11 of the United States Code or by the United States Bankruptcy Court.

15. By reason of the foregoing, the Transfer of the Property is avoidable pursuant to 11 U.S.C. § 549 and is recoverable from the Defendants pursuant to 11 U.S.C. § 550(a).

## SECOND CLAIM FOR RELIEF

(Recovery of Avoided Transfer Pursuant to 11 U.S.C. § 550(a))

16. Plaintiff realleges and incorporates herein by reference the allegations contained in paragraphs 1 through 15, inclusive, of this Complaint as though fully set forth herein.

17. Plaintiff is informed and believes and, on that basis, alleges, that the Defendants did not obtain the Property (i) in good faith, (ii) for reasonably equivalent value, and (iii) without knowledge of the voidability of the Transfer.

Law Offices of Larry D. Simons
15545 Devonshire Avenue, Suite 110
Mission Hills, California 91345
TEL. 818.672.1778 • FAX 626.389.5607

1  18. By reason of the foregoing, Plaintiff is entitled to recover the Property or its value from the Defendant pursuant to 11 U.S.C. Section 550(a).

**WHEREFORE**, Plaintiff respectfully prays for judgment against the Defendants as follows:

FIRST CLAIM FOR RELIEF

1. For a judgment that the Transfer of the Property be declared null and void and set aside pursuant to 11 U.S.C. § 549;

SECOND CLAIM FOR RELIEF

2. For a judgment that the Property, or its value, be recovered for the benefit of the estate pursuant to 11 U.S.C. § 550;

ALL CLAIMS FOR RELIEF

3. For attorney's fees and costs; and

4. For such other and further relief as this Court deems just and proper.

Dated: March 9, 2015

**LAW OFFICES OF LARRY D. SIMONS**

_____
Larry D. Simons
Attorney for Sam Leslie, Chapter 7 Trustee

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Larry D. Simons, CLS-B (CBN 179239)<br>larry@lsimonslaw.com<br>LAW OFFICES OF LARRY D. SIMONS<br>15545 Devonshire Street, Suite 110<br>Mission Hills, CA 91345<br><br>P: 818-672-1778; F: 626-389-5607<br><br>*Attorney for Plaintiff* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>JAIME MEMBRENO<br><br><br>Debtor(s). | CASE NO.: 2:14-bk-15129 VZ<br><br>CHAPTER: 7<br><br>ADVERSARY NUMBER: |
|---|---|
| SAM LESLIE, Chapter 7 Trustee<br><br>Plaintiff(s)<br>Versus<br>ALFONSO FLORES, an individual and MARIA GONZALEZ, an individual<br><br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page. The deadline to file and serve a written response is _____. If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:

| **Hearing Date:** _____<br>**Time:** _____<br>**Courtroom:** 1368 | **Place:**<br>☒ 255 East Temple Street, Los Angeles, CA 90012<br>☐ 3420 Twelfth Street, Riverside, CA 92501<br>☐ 411 West Fourth Street, Santa Ana, CA 92701<br>☐ 1415 State Street, Santa Barbara, CA 93101<br>☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 |
|---|---|

**You must comply with LBR 7016-1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court-approved joint status report form is available on the court's website (LBR form F 7016-1.1) with an attachment for additional parties if necessary (LBR form F 7016-1.1a). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

                                                   KATHLEEN J. CAMPBELL
                                                   CLERK OF COURT

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: \_\_\_\_\_

                                                   By: _____
                                                             Deputy Clerk

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2012                                            Page 2                                 **F 7004-1.SUMMONS.ADV.PROC**

# ADVERSARY PROCEEDING COVER SHEET
(Instructions on Page 2)

**ADVERSARY PROCEEDING NUMBER**
(Court Use Only)

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Sam Leslie, Chapter 7 Trustee | Alfonso Flores, Maria Gonzalez |

| ATTORNEYS (Firm Name, Address, and Telephone No.) | ATTORNEYS (If Known) |
|---|---|
| Larry D. Simons<br>Law Offices of Larry D. Simons<br>15545 Devonshire Street, Suite 110<br>Mission Hills, CA 91345    TEL: 818.672.1778 | |

**PARTY** (Check One Box Only)
- [ ] Debtor
- [ ] U.S. Trustee/Bankruptcy Admin
- [ ] Creditor
- [ ] Other
- [x] Trustee

**PARTY** (Check One Box Only)
- [ ] Debtor
- [ ] U.S. Trustee/Bankruptcy Admin
- [ ] Creditor
- [x] Other
- [ ] Trustee

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
Avoidance of Post Petition Transfer per 11 U.S.C. § 549 and Recovery of Real Property per 11 U.S.C. § 550

## NATURE OF SUIT
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
- [ ] 11-Recovery of money/property - §542 turnover of property
- [ ] 12-Recovery of money/property - §547 preference
- [ ] 13-Recovery of money/property - §548 fraudulent transfer
- [x] 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
- [ ] 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
- [ ] 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
- [ ] 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
- [ ] 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
- [ ] 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
- [ ] 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
- [ ] 67-Dischargeability – §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
- [ ] 61-Dischargeability - §523(a)(5), domestic support
- [ ] 68-Dischargeability - §523(a)(6), willful and malicious injury
- [ ] 63-Dischargeability - §523(a)(8), student loan
- [ ] 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
- [ ] 65-Dischargeability - other

**FRBP 7001(7) - Injunctive Relief**
- [ ] 71-Injunctive relief - imposition of stay
- [ ] 72-Injunctive relief - other

**FRBP 7001(8) Subordination of Claim or Interest**
- [ ] 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
- [ ] 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
- [ ] 01-Determination of removed claim or cause

**Other**
- [ ] SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
- [ ] 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| [ ] Check if this case involves a substantive issue of state law | [ ] Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| [ ] Check if a jury trial is demanded in complaint | Demand $ 120,000.00 |

American LegalNet, Inc.
www.FormsWorkflow.com

| Other Relief Sought |
|---|
|   |

### BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES

| NAME OF DEBTOR<br>Jaime Membreno | | BANKRUPTCY CASE NO.<br>2:14-bk-15129 VZ |
|---|---|---|
| DISTRICT IN WHICH CASE IS PENDING<br>Cent. Dist. of California | DIVISIONAL OFFICE<br>Los Angeles | NAME OF JUDGE<br>V. Zurzolo |

### RELATED ADVERSARY PROCEEDING (IF ANY)

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|---|
|   |   |   |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISIONAL OFFICE | NAME OF JUDGE |
|   |   |   |

| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | |
|---|---|
| *[signature]* | |
| DATE<br>3/9/15 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Larry D. Simons, Counsel for Sam Leslie, Chapter 7 Trustee |

### INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as par of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiffs attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendents**. Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not presented by an attorney, the plaintiff must sign.

American LegalNet, Inc.
www.FormsWorkflow.com